## SPARREN v. STATE.
No. 26405.

Court of Criminal Appeals of Texas.
April 29, 1953.

———◆———

No attorney for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $50.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.